UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:96CR00025-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| DELDRICK M. MCMILLAN | ) | |

It now appearing to the court that the said Deldrick M. McMillan died on or about June 16, 2006. At which time a remaining liability existed in the amount of $300.00.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the __26th__ day of ___July___, 2011

_____
James C. Fox
U.S. District Court Judge